**Electronically Filed
Supreme Court
SCWC-29927
29-MAY-2013
11:22 AM**

SCWC-29927

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

EMILY THOMAS-YUKIMURA, Respondent/Plaintiff-Appellee,

vs.

DAVID YUKIMURA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29927; FC-D NO. 07-1-0098)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on April 15, 2013 by Petitioner/Defendant-Appellant David Yukimura is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 29, 2013.

| | |
|---|---|
| David Yukimura,<br>pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

